# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 3, 2017

### NO. 03-16-00733-CV

**David Martin Camp and Bargains for Millionaires LLC d/b/a Revival, Appellants**

**v.**

**Dawn Patterson, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory judgment signed by the district court on October 10, 2016. Having reviewed the record and the parties' arguments, the Court holds that the district court did not err in denying appellants' motion to dismiss appellee's defamation claim. The court therefore affirms the district court's order in this respect. However, the Court holds that there was reversible error in the district court's order denying appellants' motion to dismiss each of appellee's other claims. Therefore, the Court reverses the district court's order and renders judgment dismissing these other claims. The Court remands the case to the district court for consideration of Patterson's defamation claim and to determine the attorney's fees and sanctions that must be awarded incident to such dismissal under the Texas Citizens Participation

Act.  Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.